NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Fuel and Petrochemical Manufacturers, et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Administrator Lee Zeldin, in his official capacity,<br><br>Respondents. | No. 25-1084 |

**EPA's Motion to Govern**

EPA moves to continue to hold this case in abeyance for an additional 120 days, until October 20. Petitioners consent. Movant-Intervenor Outdoor Power Equipment Institute would consent to an abeyance pending further order of the court with status reports from EPA due every 60 days. Movant-Intervenor State of California and Movant-Intervenor Public Health Organizations take no position.

This petition for review challenges EPA's action, "California State Nonroad Engine Pollution Control Standards; Small Off-Road Engines Regulations; Notice of Decision," 90 Fed. Reg. 640 (Jan. 6, 2025).

There are currently three petitions challenging EPA's action. In addition to the instant petition, there are two petitions in the Ninth Circuit, consolidated under the lead case *Outdoor Power Equipment Institute v. EPA*, No. 25-881 (9th Cir.). Those consolidated petitions are in abeyance. The Outdoor Power Equipment Institute, a movant-intervenor here, has also filed an administrative petition for reconsideration with EPA.

On April 9, 2025, this Court granted EPA's unopposed motion to hold this case in abeyance to allow the agency time to brief new administration officials about this case, the petition for reconsideration, and the underlying rule to allow them to decide what action, if any, is necessary. Those efforts are ongoing.

To conserve party and judicial resources, the Court should continue to hold this petition in abeyance.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*/s/ Daniel R. Dertke*
DANIEL R. DERTKE
U.S. Department of Justice
Environment & Nat. Res. Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-0994
daniel.dertke@usdoj.gov

2

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 214 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on June 20, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Daniel R. Dertke*
Daniel R. Dertke
