NOT YET SCHEDULED FOR ORAL ARGUMENT

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Fuel & Petrochemical Manufacturers et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency et al., <br><br> Respondents. | No. 25-1084 |

## OPEI'S SUPPLEMENTAL STATUS REPORT

On August 19, 2025, Respondent U.S. Environmental Protection Agency ("EPA") filed a status report with this Court providing an update on related court litigation but without providing information on the status of underlying proceedings before the agency. Movant-intervenor Outdoor Power Equipment Institute ("OPEI") respectfully submits this supplemental report on the status of its administrative filings with EPA, to the best of OPEI's knowledge and understanding.

1. On January 29, 2025, OPEI submitted to EPA a petition for reconsideration of the agency's action, "California State Nonroad Engine Pollution Control Standards; Small Off-Road Engines Regulations; Notice of Decision," 90 Fed. Reg. 640 (Jan. 6, 2025) ("Notice of Decision").

2. On June 9, 2025, OPEI submitted to EPA a request for an administrative stay of the Notice of Decision.

3. Between May 8, 2025, and July 11, 2025, OPEI representatives met with EPA representatives three times to address the resolution of issues raised in OPEI's petition for reconsideration and request for an administrative stay.

4. OPEI's petition for reconsideration and request for administrative stay remain pending.

5. To date, EPA has not indicated when it might act on OPEI's pending requests.

6. When it became necessary for OPEI's members to begin preparing for model year 2026, OPEI filed a motion to stay implementation of the Notice of Decision in the U.S. Court of Appeals for the Ninth Circuit (in Nos. 25-881 and 25-1481 (consolidated)). That motion has been fully briefed and is pending a decision by that court.

| | |
|---|---|
| Dated: August 20, 2025 | Respectfully submitted, |
| | /s/ *Charlene Koski* |
| Michael F. McBride | Charlene Koski |
| Britt Fleming | Van Ness Feldman, LLP |
| Pavel Libus | 1191 Second Avenue |
| Van Ness Feldman, LLP | Suite 1800 |
| 2000 Pennsylvania Avenue, NW | Seattle, WA 98101 |
| Suite 6000 | Tel.: 206-623-9372 |
| Washington, DC 20006 | Email: ckoski@vnf.com |
| Tel.: 202-298-1800 | |
| Emails: mfm@vnf.com | |
| bsf@vnf.com | |
| plibus@vnf.com | |

Counsel for Outdoor Power Equipment Institute

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

<u>/s/ *Charlene Koski*</u>
Charlene Koski