NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Fuel and Petrochemical Manufacturers, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency and Administrator Lee Zeldin, in his official capacity, <br><br> Respondents. | No. 25-1084 |

**UNOPPOSED MOTION FOR A STAY OF MOTION DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the October 20, 2025, deadline to file motions to govern in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Respondents. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to file motions to govern until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Counsel for Petitioners, counsel for Movant-Intervenor the Outdoor Power Equipment Institute, counsel for Movant-Intervenor State of California, and counsel for Movant-Intervenor Public Health Organizations have authorized counsel for the Government to state that they have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 20,

2025, deadline to file motions to govern in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

          Respectfully submitted,

          ADAM R.F. GUSTAFSON
          Acting Assistant Attorney General

          */s/ Daniel R. Dertke*
          DANIEL R. DERTKE
          U.S. Department of Justice
          Environment & Nat. Res. Div.
          Environmental Defense Section
          P.O. Box 7611
          Washington, D.C. 20044
          (202) 514-0994
          daniel.dertke@usdoj.gov

## Certificates of Service and Compliance

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 307 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on October 14, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Daniel R. Dertke*
Daniel R. Dertke